ROCKDALE CONSTRUCTION CORP. et al., Respondents, *v.* INCORPORATED VILLAGE OF CEDARHURST, NASSAU COUNTY, et al., Appellants.

Submitted January 3, 1950; decided January 12, 1950.

*Maurice Brandt* for motion.
*Sanford A. Davison* opposed.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.